# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

SONNIA RAMOS,                                    Case No. 26-cv-02422 (DWF/JFD)

      Plaintiff,

v.                                               **ORDER FOR SCHEDULING**
                                                 **RECOMMENDATIONS**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

---

The Plaintiff has filed a Complaint seeking review of the defendant's decision to deny disability benefits to which they claim to be entitled by a benefits plan governed by ERISA, 29 U.S.C. § 1001 *et. seq*. In most ERISA cases, the matter is decided upon the Administrative Record compiled by the defendant during the administrative process, and no additional discovery is permitted. *See, e.g.*, *Whitley v. Standard Ins. Co.*, No. 13-CV-1335 (MJD/LIB), 2014 WL 12605460, at *4 (D. Minn. Feb. 14, 2014) ("Generally, the scope of discovery permitted in an ERISA benefits denial case is not governed by the traditional liberal discovery provisions of Fed. R. Civ. P. 26(c). … Rather, in ERISA cases, the general rule is that review is limited to evidence contained in the administrative record.").

Counsel must confer during the next 14 days, as contemplated by Fed. R. Civ. P. 26(f), to discuss this case. The parties should endeavor to agree regarding an appropriate schedule and submit their recommendations to the Court using the attached template. If the parties cannot agree, they shall note any areas of disagreement. The report must be filed on ECF on or before **July 22, 2026.**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court will issue a scheduling order in this matter based upon the parties' proposals. Ordinarily, a schedule is determined following a Pretrial Conference. *See* Fed. R. Civ. P. 16(a). However, the Court is mindful of the requirement that this matter should be managed, and the rules

applied, to "secure the just, speedy, and inexpensive" resolution of this litigation.  Fed. R. Civ. P. 1. Therefore, the Court will hold a pretrial conference only if a review of the 26(f) report indicates that the parties cannot agree on appropriate deadlines, if it appears that this case might require discovery, or if other aspects of this case require greater discussion.


Date:  July 8, 2026

s/ John F. Docherty
JOHN F. DOCHERTY
United States Magistrate Judge